THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* KIN HANNA, Appellant.

*Bastardy — order of filiation affirmed.*

*People* v. *Hanna*, 219 App. Div. 751, affirmed.
(Argued December 5, 1927; decided January 10, 1928.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 4, 1927, which affirmed an order of the Essex County Children's Court adjudging defendant to be the father of an illegitimate child and directing that he pay a stated sum weekly to the overseer of the poor of the town of Jay for its support.

*H. P. Kehoe* for appellant.

*E. J. Vincent* for respondent.

Order affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.